# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

*Electronically filed November 4, 2022*

| | |
|---|---|
| TODD HENNIS, | ) |
| Plaintiff, | ) |
| v. | ) 21-1654L |
| | ) Judge Armando O. Bonilla |
| THE UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## JOINT MOTION TO DEFER JOINT PRELIMINARY STATUS REPORT PENDING SETTLEMENT DISCUSSIONS

Plaintiff Todd Hennis and Defendant United States jointly move to defer the filing of their Joint Preliminary Status Report under RCFC Appendix A, Section III to allow the parties time to explore settlement. Under Appendix A, the parties' Joint Preliminary Status Report is currently due November 17, 2022.

In support of this motion, the parties state that counsel for both parties met on November 3, 2022, for their early meeting of counsel under RCFC Appendix A, Section II. As part of that early meeting, the parties agreed it would be appropriate to explore settlement in advance of commencing any discovery and setting a schedule for further proceedings. The parties therefore propose that the deadline for filing their Joint Preliminary Status Report be deferred pending these discussions.

The parties also jointly propose that the Court allow ninety (90) days for such discussions, to and including February 2, 2023. The parties propose to file a joint status report on or before that date regarding those efforts and proposing a schedule for further proceedings.

1

November 4, 2022

                    Respectfully submitted,

                    s/ Kara Rollins
                    Kara Rollins
                    New Civil Liberties Alliance
                    1225 19th Street, NW, Suite 450
                    Washington, DC 20036
                    Telephone:  202-967-2502

                    Gregory Dolin
                    New Civil Liberties Alliance
                    1225 19th Street, NW, Suite 450
                    Washington, DC 20036
                    Telephone:  202-908-6203

                    ATTORNEYS FOR PLAINTIFFS

                    TODD KIM
                    Assistant Attorney General
                    Environment & Natural Resources Division

                    s/ Kristine S. Tardiff
                    KRISTINE S. TARDIFF
                    United States Department of Justice
                    Environment & Natural Resources Division
                    Natural Resources Section
                    53 Pleasant Street, 4th Floor
                    Concord, NH 03301
                    Telephone:  603-230-2583
                    Facsimile:   202-305-0506
                    E-Mail:  kristine.tardiff@usdoj.gov

                    CHRISTOPHER CHELLIS
                    United States Department of Justice
                    Environment & Natural Resources Div.
                    Natural Resources Section
                    P.O. Box 7611
                    Washington, D.C. 20044-7611
                    Telephone:  (202)  353-5371
                    Facsimile:   (202)-305-0506
                    Email:  christopher.chellis@usdoj.gov

                    *Counsel for Defendant United States*