# In the United States Court of Federal Claims

No. 21-1654L
(Filed: November 7, 2022)

|  |  |
|---|---|
| **TODD HENNIS**, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) |
| **UNITED STATES**, | ) ) |
| *Defendant.* | ) ) ) |

**ORDER**

On November 4, 2022, the parties filed a Joint Motion for an Extension of Time to File their Joint Preliminary Status Report. *See* ECF No. 25. In accordance with Appendix A to the Rules of the United States Court of Federal Claims (RCFC), the Joint Preliminary Status Report is due on or before November 17, 2022. In their pending motion, counsel request that this matter be stayed for a period of 90 days to allow the parties to engage in settlement discussions prior to the commencement of discovery. Counsel propose to file a Joint Status Report on or before February 3, 2023, advising the Court of the status of their efforts to amicably resolve this matter and proposing a schedule for further proceedings.

For good cause shown,

(1) The parties' Joint Motion for an Extension of Time to File their Joint Preliminary Status Report (ECF No. 25) is **GRANTED**;

(2) The Clerk is directed to **STAY** proceedings in this matter pending further order of the Court; and

(3) The parties shall **FILE** a Joint Status Report on or before **February 2, 2023**, advising the Court of the status of their efforts to amicably resolve this matter and whether the stay of proceedings should be continued. If the parties request a lifting of the stay, counsel shall propose a schedule for further proceedings.

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge