# In the United States Court of Federal Claims

No. 21-1654L
(Filed: February 2, 2023)

|  |  |
|---|---|
| **TODD HENNIS**, | ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) ) |
| **UNITED STATES**, | ) ) ) |
| *Defendant.* | ) ) |

**ORDER**

      On February 2, 2023, in accordance with the Court's November 7, 2022 Order (ECF No. 26), the parties filed a Joint Status Report. *See* ECF No. 27. In their joint filing, counsel represent that the parties are engaged in good faith settlement negotiations in an effort to amicably resolve this matter without the need for continued litigation. Counsel request an additional 90 days–prior to the commencement of discovery–to continue their discussions, mindful that the Gladstone Property is largely inaccessible from late fall through early spring. The parties propose to file a Joint Status Report on or before May 3, 2023, updating the Court on their continuing settlement discussions.

      For good cause shown,

(1) The Clerk is directed to **CONTINUE** the **STAY** in this matter until further order of the Court; and

(2) The parties shall **FILE** a Joint Status Report on or before **March 6, 2023, and every 30 days thereafter**, updating the Court on the status of their settlement negotiations and advising the Court whether the stay of proceedings should remain in place.

      It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge
