# In the United States Court of Federal Claims

No. 21-1654L
(Filed: June 5, 2023)

|  |  |
|---|---|
| **TODD HENNIS**, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) |
| **UNITED STATES**, | ) ) |
| *Defendant.* | ) ) ) |

**ORDER**

      On June 5, 2023, in accordance with the Court's February 2, 2023 Order (ECF No. 28), the parties filed a Joint Status Report.  *See* ECF No. 33.  In their joint filing, counsel represent the parties continue to explore settlement discussions, but suggest an impasse may be on the horizon.  Counsel request the stay of proceedings initially entered on November 7, 2022 (ECF No. 26) remain in place for at least an additional 30 days.  The parties next Joint Status Report is due on or before July 5, 2023.

      The Court appreciates the parties' continuing efforts to amicably resolve this matter without the need for continued litigation.  That said, counsel's representations do not instill confidence that negotiations are progressing.  The Court denied defendant's motion to dismiss nearly a year ago (ECF No. 17) and, as noted above, proceedings have been stayed for seven months to allow the parties to focus on settlement negotiations.  *See* ECF Nos. 26 & 28.  Unless counsel represent the parties have reached a tentative settlement subject to formal approval by the United States Attorney General or their duly authorized representative in their July 5, 2023 Joint Status Report, the Court intends to lift the stay.  The parties may continue to engage in settlement negotiations while simultaneously conducting discovery and preparing for trial.  Upon lifting the stay, the Court will direct counsel to file a Joint Preliminary Status Report under Appendix A, Part III, of the Rules of the United States Court of Federal Claims on or before July 31, 2023.

It is so **ORDERED**.

s/ Armando O. Bonilla
Armando O. Bonilla
Judge